IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cr80

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| KENDALL NICHOLS ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the defendant to terminate supervised release early. (Doc. No. 2).

Title 18, United States Code, Section 3583(e)(1) permits a court to discharge a defendant from supervised release after one year if warranted by the conduct of the defendant and the interest of justice. The defendant was convicted of a bank fraud alleged to be part of an extensive conspiracy to produce and cash counterfeit checks. (Doc. No. 1: Judgment). The defendant's sentence, imposed in January 2007, includes restitution in the amount of $382,151. Because the defendant still owes approximately $373,834, the Court finds it would not be in the interest of justice to terminate supervised release at this time.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: October 27, 2010

Robert J. Conrad, Jr.
Chief United States District Judge